UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

v.

D-1 MOHAMED FARAJ,

        Defendant/Petitioner

                              /

Criminal Case No. 2:13-cr-20564-1
Civil Case No. 2:18-cv-12039

HONORABLE STEPHEN J. MURPHY, III

**ORDER GRANTING PETITIONER'S
MOTION FOR LEAVE TO FILE OBJECTIONS [427]**

On May 31, 2019, the Government filed its response to Petitioner Mohamed Faraj's motion to vacate sentence pursuant to 28 U.S.C. § 2255. ECF 425. On June 5, 2019, the Government amended its response. ECF 426. On June 13, 2019, Petitioner filed a motion seeking leave to file a "brief of [objections]" to the Government's amended response brief, which the Court construes as a motion for leave to file a reply brief in support of his § 2255 motion. ECF 427. He also requests "the time necessary for an unrepresented inmate to logistically put together a brief of this type." *Id*. at 6179. The Court will grant Petitioner's motion and give Petitioner until July 29, 2019, to file his reply in support of his § 2255 petition, which shall address his objections to the Government's response brief.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Petitioner Mohamed Faraj's motion for leave to file objections to the Government's response [427] is granted.

1

**IT IS FURTHER ORDERED** that Petitioner shall file his reply brief in support of his § 2255 motion, which shall include his objections to the Government's response brief, no later than **Monday, July 29, 2019**.

**SO ORDERED**.

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: June 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2019, by electronic and/or ordinary mail.

s/ David P. Parker  
Case Manager